# EXHIBIT A

PLAINTIFF: ROBERTSON, LEROD JAMES
vs.
DEFENDANT: YOURGA TRUCKING INC

Judicial District Court
of Harris County, Texas
113TH DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: YOURGA TRUCKING INC (NON-RESIDENT)
SERVICE MAY BE MADE BY SERVING THE SECRETARY OF STATE OF TEXAS PO BOX 12079 STREET AUSTIN TEXAS 78711 FORWARD

145 YOURGA PLACE WHEATLAND PA 16161

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 30th day of June, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 5th day of July, 2017, under my hand and seal of said Court.

Issued at request of:
O'MALLEY, KEVIN
440 LOUISIANA STREET SUITE 2080
HOUSTON, TX 77002
Tel: (713) 629-7878
Bar No.: 15278690

DISTRICT COURT OF HARRIS COUNTY TEXAS

Chris Daniel
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: ALEXANDER, RAYSHANA D FEJ//10720305

RECEIVED 2017 AUG 10 AM 9: 35

PROCESSING DEPUTY DPC 2017 AUG 18 AM 10: 37

FILED CHRIS DANIEL DISTRICT CLERK HARRIS COUNTY, TEXAS

STATE OF ____________

County of ____________

OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, ______________________ who being by me duly sworn, deposes and says that in the County of ______________ State of ____________________ he delivered to the within named defendants in person at the following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | Carlos B. Lopez Constable Pct. 5, Travis County, Texas |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit and is the person competent to make oath of the fact.

______________________
Affiant/Deputy

On this day, ______________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of ____________________,

nber: 76451488 - Page 1 of 4



CARLOS B. LOPEZ
TRAVIS COUNTY CONSTABLE, PRECINCT FIVE

1003 GUADALUPE ST.
AUSTIN, TEXAS 78701

*RETURN SERVICE REQUESTED*

AUSTIN
TX 787
14 AUG '17
PM 4 L

ZIP 78701
02 4W

FILED
Chris Daniel
District Clerk
AUG 18 2017
Time: 4:17 pm
Harris County, Texas
By
Deputy

77210-465151

| | | |
|---|---|---|
| Cause No.: 201743769 | {} | In the 113th District Court |
| | {} | HARRIS County |
| Plaintiff:<br>LESLIE JAMES ROBERTSON | {} | |
| Defendant:<br>YOURGA TRUCKING INC | | |

Officer's Return

Came to hand August 10, 2017 at 9:35 A.M. and executed in Travis County, Texas, on August 10, 2017 at 3:39 P.M. by delivering to YOURGA TRUCKING INC by delivering to Carlos Cascos, Secretary of State, of the State of Texas, at 1019 Brazos Street, Austin, Texas, 78701, by delivering to VENITA OKPEGBUE, designated agent for service for the Secretary of State, duplicate true copies of the citation (SECRETARY OF STATE NON-RESIDENT) together with accompanying duplicate true copies of the Plaintiff's ORIGINAL petition REQUEST FOR DISCLOSURE.

Carlos B. Lopez,
Travis County Constable Precinct 5
Travis County, Texas

by: ______________
Edd Curry, Deputy

Certified Document Number: 76451488 - Page 3 of 4




Carlos B. Lopez, Constable
Travis County Constable Precinct 5
1003 Guadalupe
Austin, Texas 78701
August 11, 2017

DISTRICT CLERK HARRIS
PO BOX 4651
HOUSTON,TX 77210

# INVOICE

Cause Nbr: 201743769-2
Plaintiff: LESLIE JAMES ROBERTSON
Service Name: YOURGA TRUCKING INC

Service Fee: 75.00
Payment Received: 75.00
Balance Due: 0.00

Thank you for allowing us to be of service to you in this case.

Check the status of your civil process at
www.Constable5.com
Be sure to bookmark the ServiceCheck page

Certified Document Number: 76451488 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this January 30, 2018

Certified Document Number: 76451488 Total Pages: 4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

PLAINTIFF: ROBERTSON, JUSTIN JAMES
vs.
DEFENDANT: YOURGA TRUCKING INC

In The 113th Judicial District Court of Harris County, Texas
113TH DISTRICT COURT
Houston, TX

CITATION (STATE HIGHWAY COMMISSION)

THE STATE OF TEXAS
County of Harris

TO: HARRIS, KEITH L
SERVICE MAY BE MADE BY SERVING CHAIRMAN OF THE HIGHWAY COMMISSION
125 E 11TH STREET AUSTIN TEXAS 78701
FOWARD
99 DEE COURT LITTLE ROCK AR 72209

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 30th day of June, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 5th day of July, 2017, under my hand and seal of said Court.

RECEIVED 2017 AUG 10 AM 9:35

FILED 2017 AUG 15 AM 8:42 CHRIS DANIEL DISTRICT CLERK HARRIS COUNTY, TEXAS

PROCESSING DEPUTY 8-15-17

Issued at request of:
O'MALLEY, KEVIN
440 LOUISIANA STREET SUITE 2080
HOUSTON, TX 77002
Tel: (713) 629-7878
Bar No.: 15278690

DISTRICT COURT OF HARRIS COUNTY TEXAS

Chris Daniel
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: ALEXANDER, RAYSHANA D
FEJ//10720305

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at ______ o'clock ___.M., on the _____ day of ____________________, ______.

Executed at (address) ______________________________________________ in ______________ County at _____ o'clock ___.M., on the _____ day of ____________________, ______, by delivering to ______________________________ defendant, in person, a true copy of this Citation together with the accompanying ______ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery. To certify which I affix my hand officially this _____ day of ____________________, ______.

FEE: $_______

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas
_____ of ______________ County, Texas

______________________
Affiant

By ______________________
Deputy

On this day, ______________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of ____________________, ______.



CONSTABLE
PRECINCT FIVE

Carlos B. Lopez, Constable
Travis County Constable Precinct 5
1003 Guadalupe
Austin, Texas 78701
August 11, 2017

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2017 AUG 15 AM 8:42
PROCESSING DEPUTY

DISTRICT CLERK HARRIS
PO BOX 4651
HOUSTON,TX 77210

# INVOICE

Cause Nbr: 201743769-1
Plaintiff: LESLIE JAMES ROBERTSON
Service Name: KEITH L HARRIS

Service Fee: 75.00
Payment Received: 75.00
Balance Due: 0.00

Thank you for allowing us to be of service to you in this case.

Check the status of your civil process at
www.Constable5.com
Be sure to bookmark the ServiceCheck page

Certified Document Number: 76427249 - Page 2 of 4

Cause No.: 201743769 {} In the 113th District Court
{} HARRIS County
Plaintiff: {}
LESLIE JAMES ROBERTSON

Defendant:
YOURGA TRUCKING INC

Officer's Return

Came to hand August 10, 2017 at 9:35 A.M. and executed in Travis County, Texas, on August 10, 2017 at 1:26 P.M. by delivering to KEITH L HARRIS by delivering to TRYON D LEWIS Chairman of the Texas Transportation Commission, at 125 E. 11th Street, Austin, Texas, 78701, by delivering to F. WYDERMYER, designated agent for the Chairman of the Texas Transportation Commission, duplicate true copies of the citation (STATE HIGHWAY COMMISSION) together with duplicate copies of the Plaintiff's ORIGINAL petition AND REQUEST FOR DISCLOSURE.

Carlos B. Lopez,
Travis County Constable Precinct 5
Travis County, Texas

by: ______________________
Edd Curry, Deputy

Certified Document Number: 76427249 - Page 3 of 4

Certified Document Number: 76427249 - Page 4 of 4

CARLOS B. LOPEZ

TRAVIS COUNTY CONSTABLE, PRECINCT FIVE

1003 GUADALUPE ST.
AUSTIN, TEXAS 78701

*RETURN SERVICE REQUESTED*

U.S. POSTAGE PITNEY BOWES
ZIP 78701
02 4W
0000334691 AUG 11 2017
$ 000.46

FILED
Chris Daniel
District Clerk
AUG 16 2017
Time:
Harris County, Texas
By
Deputy

77210$4651 B057

I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this January 30, 2018

Certified Document Number: 76427249 Total Pages: 4

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

9/11/2017 12:16 P
Chris Daniel - District Clerk Harris Coun
Envelope No. 1934501
By: DELTON ARN
Filed: 9/11/2017 12:16 P

# TEXAS TRANSPORTATION COMMISSION CHAIRMAN'S CERTIFICATE

NO. 2017-43769

| | | |
|---|---|---|
| LESLIE JAMES ROBERTSON, ET AL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 113TH JUDICIAL |
| | § | |
| KEITH L. HARRIS | § | HARRIS COUNTY, TEXAS |

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Tryon D. Lewis, Chairman of the Texas Transportation Commission, and Certifies to the court as follows:

That on August 10, 2017, I was duly served with Citation and copy of Plaintiffs' Original Petition and Request for Disclosure in the above styled and numbered cause, which I immediately caused to be forwarded by U.S. Certified Mail, certified number 7016 2070 0000 2912 7095 addressed to Keith L. Harris, 99 Dee Court, Little Rock, AR 72209 with postage prepaid, return receipt requested;

In witness whereof, this certificate is issued in Austin, Texas, this 16th day of August, 2017.

Tryon D. Lewis

Chairman, Texas Transportation Commission

Certified Document Number: 76592363 - Page 1 of 2

**Texas Department of Transportation**

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8630 | WWW.TXDOT.GOV

August 16, 2017

Keith L. Harris
99 Dee Court
Little Rock, AR 72209

COPY

Re: GCD No. 42839
Cause No. 2017-43769
Harris County
Plaintiff: Leslie James Robertson, et al
Defendant: Keith L. Harris

Dear Sir/Madam:

In compliance with the Texas long-arm statute, Texas Civil Practice and Remedies Code, Chapter 17, Subchapter D, the Chair of the Texas Transportation Commission was duly served with the enclosed Citation and Plaintiffs' Original Petition and Request for Disclosure on August 10, 2017.

This agency's only role in the process is to serve as an out-of-state defendant's agent for service of process. We are unable to answer any questions or respond to correspondence regarding this lawsuit. All questions or concerns should be addressed to the attorney noted below.

General Counsel Division

Enclosures

cc: Kevin O'Malley
Attorney at Law
440 Louisiana St., Suite 2080
Houston, TX 77002
Telephone (713) 629 7878

U.S. Certified Mail No. 7016 2070 0000 2912 7095
Return Receipt Requested

OUR VALUES: *People • Accountability • Trust • Honesty*
OUR MISSION: *Through collaboration and leadership, we deliver a safe, reliable, and integrated transportation system that enables the movement of people and goods.*
An Equal Opportunity Employer

Certified Document Number: 76592363 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this January 30, 2018

Certified Document Number: 76592363 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**