UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Leslie James Robertson, et al.

v.                                                     Case Number: 4:18−cv−00281

Yourga Trucking, Inc., et al.

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Frances H Stacy

**PLACE:**

United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/5/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Settlement Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   October 11, 2019

David J. Bradley, Clerk