United States District Court
Southern District of Texas
**ENTERED**
December 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LESLIE JAMES ROBERTSON, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-281 |
| | § § | |
| YOURGA TRUCKING, INC., *et al*, | § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Pending before the Court is Plaintiffs' Motion to Dismiss with Prejudice filed on November 22, 2019 (Doc. No. 33) this case is **DISMISSED** with prejudice. All costs of Court will be paid by the party incurring same.

SIGNED at Houston, Texas, this ___17th___ day of December 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE